UNITED STATES DISTRICT COURT FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA
c/o Gary Valerino  (Nyn7)
313 East Willow Street, Suite 201
Syracuse, NY   13203

Plaintiff

 vs.

         CASE NO: 3:12-CV-1196 (TJM/DEP)

Christine Chapman
*43 Delaware St.*
*Cooperstown, NY   13326*

Defendant

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### STATEMENT OF THE CLAIM

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets)*: $8,821.57; plus current Capitalized Interest Balance and Accrued Interest: $10,387.46; plus Administrative Fee, Costs, Penalties: $.00; making the

total owed (exclusive of pre-judgment interest, attorney's fees and costs) *$19,209.03*. Plus Attorney's fees to the extent allowed by law; plus costs and post-judgment interest.

3. The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 9% per annum from the date stated in Exhibit "B". The promissory notes which are at issue are attached as Exhibit "A" hereto.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A. For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

                        Respectfully submitted,

                        *[signature]*

Gary Valerino   (Nyn7), Bar No.505771
 313 East Willow Street, Suite 201
Syracuse, NY   *13203*
Telephone No. 315-471-1664
Fax No.   315-471-7882
ATTORNEY FOR THE UNITED STATES OF AMERICA

July 12, 2012

NOTICE:   IF THIS LINE _____ IS CHECKED, THE NOTES ARE TRUE COPIES.

CDCS Number: **2011A07777**

4